UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 4:20-cv-185-D

| | |
|---|---|
| TERESA RAWLS, Administratrix of the Estate of WESLEY JAY VAN HOOK, JR., <br>     Plaintiff, <br><br> v. <br><br> F/V LITTLE JESSE, OFFICIAL NUMBER 610545, its tackle, gear, apparel, etc., *IN REM*, and ATLANTIC ENTERPRISES, INC., <br>    Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> WANCHESE TRAWL & SUPPLY CO., <br>    Defendants/Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER

This matter is before the Court on the parties Joint Motion to Stay Scheduling Order. Weighing the competing interests, the Court finds that the economy of time and effort of the Court, counsel, and the litigants favors staying the Scheduling Order until the recently added third-party defendant has appeared in the litigation. The Motion is hereby GRANTED. The parties shall confer and jointly file a revised proposed schedule within twenty-one days after filing of an answer or responsive pleading by the third-party defendant.

SO ORDERED, this __16__ June, 2021.

_____
JAMES C. DEVER III
United States District Judge